**Roger SOLT, Respondent,**

v.

**TREASURER, STATE OF MISSOURI, CUSTODIAN OF THE SECOND INJURY FUND, Appellant.**

**No. WD 61446.**

Missouri Court of Appeals, Western District.

May 30, 2003.

Shelly E. Moore, Kansas City, MO, for appellant.

Thomas K. Thompson, Liberty, MO, for respondent.

Before SPINDEN, P.J., BRECKENRIDGE and NEWTON, JJ.

## *ORDER*

PER CURIAM.

The Missouri State Treasurer, custodian of the Second Injury Fund, challenges the Labor and Industrial Relations Commission's award in favor of Roger Solt. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).